ADRMOP,CLOSED,TRANSF

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:23−cv−00405−LB

Shah v. Robinhood Financial LLC  
Assigned to: Magistrate Judge Laurel Beeler  
Demand: $5,000,000  
Cause: 28:1330 Breach of Contract  

Date Filed: 01/27/2023  
Date Terminated: 02/23/2023  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Maulik Shah**     represented by     **Wendy Aline Mitchell**  
Napoli Shkolnik, PLLC  
400 Continental Boulevard  
6th Floor  
El Segundo, CA 90245  
212−397−1000  
Email: WAMitchell@napolilaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cesar Gonzalez**     represented by     **Wendy Aline Mitchell**  
Napoli Shkolnik, PLLC  
400 Continental Boulevard  
6th Floor  
El Segundo, CA 90245  
(212) 397−1000  
Email: WAMitchell@napolilaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel De La Cruz**     represented by     **Wendy Aline Mitchell**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Dunningham**     represented by     **Wendy Aline Mitchell**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Gibbons**     represented by     **Wendy Aline Mitchell**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Young**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Pidgeon**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel French**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul McDougall**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Huang**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Robinson**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheruna Martin**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian Garcia**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shane Stewart**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalee Hudson**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Garsy Altidor**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Wilson**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iris Richards**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Kane**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cadence Miller**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josh Intagliata**  represented by  **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andres Aguilar**  represented by

**Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ben Brody** represented by **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Longo** represented by **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paritosh Suarav** represented by **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cody White** represented by **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Collin Thomas** represented by **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Lake** represented by **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Piegari** represented by **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raed Warrad** represented by

                                                    **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Halpern**                                       represented by   **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Lykins**                                           represented by   **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Onimole**                                    represented by   **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mariah McKinnon**                               represented by   **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Beckles**                                    represented by   **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Smith**                                   represented by   **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seth McGowan**                                   represented by   **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary Kuhle**                                    represented by

                **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chayanne Rivera**                    represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roah Johnson**                     represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Williams**                     represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taufique Chowdhury**               represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Robert**                     represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**April Bileyeu**                      represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Ellison**                   represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Fry**                             represented by

                                                    **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corey Utecht**                                       represented by   **Wendy Aline Mitchell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Schaefer**                             represented by   **Wendy Aline Mitchell**
                                                    (See above for address)
                                                  *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elsha Emad**                                         represented by   **Wendy Aline Mitchell**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Graham**                                 represented by   **Wendy Aline Mitchell**
                                                   (See above for address)
                                                  *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Coderre**                              represented by   **Wendy Aline Mitchell**
                                                   (See above for address)
                                                  *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Czachowkski**                    represented by   **Wendy Aline Mitchell**
                                                  (See above for address)
                                                *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Beard**                                       represented by   **Wendy Aline Mitchell**
                                                 (See above for address)
                                                *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendon White**                              represented by

                                  **Wendy Aline Mitchell**
                                  (See above for address)
                                  *LEAD ATTORNEY*
                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Leist**                                   represented by   **Wendy Aline Mitchell**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Ryan**                                 represented by   **Wendy Aline Mitchell**
                                                                     (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Frank**                                 represented by   **Wendy Aline Mitchell**
                                                                  (See above for address)
                                                                 *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Fredericks**                        represented by   **Wendy Aline Mitchell**
                                                               (See above for address)
                                                             *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shayne Silva**                                  represented by   **Wendy Aline Mitchell**
                                                  (See above for address)
                                                   *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evan Henderson**                         represented by   **Wendy Aline Mitchell**
                                                            (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sabastian Jones**                         represented by   **Wendy Aline Mitchell**
                                                           (See above for address)
                                                         *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yadhav Subedi**                               represented by

|  |  | **Wendy Aline Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **Ryan Belknap** | represented by | **Wendy Aline Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **Ryan Koontz** | represented by | **Wendy Aline Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **John Yakush** | represented by | **Wendy Aline Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **Robert Lee** | represented by | **Wendy Aline Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **David Hedgecock** | represented by | **Wendy Aline Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **Natasha McLaurin** | represented by | **Wendy Aline Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **Timothy Swanbeck** | represented by | **Wendy Aline Mitchell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **Joshua Horn** | represented by |  |
|---|---|---|

**Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robinhood Financial LLC**
*a Delaware limited liability company*

**Defendant**

**Robinhood Securities, LLC**

**Defendant**

**Robinhood Markets, Inc.**
*a Delaware corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2023 | 1 | CLASS ACTION COMPLAINT *For Declaratory Relief and Damages*, Demand for Jury Trial against Robinhood Financial LLC, a Delaware limited liability company,, Robinhood Markets, Inc., a Delaware corporation, Robinhood Securities, LLC (Filing fee $402, receipt number ACANDC−17936283). Filed by Maulik Shah. (Attachments: # 1 Civil Cover Sheet)(Mitchell, Wendy) (Filed on 1/27/2023) (Entered: 01/27/2023) |
| 01/27/2023 |  | Electronic filing error. Civil Cover Sheet has two nature of suit boxes checked. Only One can be selected. Please correct and refile. No judge assignment will be made until the document is re−filed. Submit your document using Civil Events > Other Filings > Other Documents > Civil Cover Sheet Re: 1 Complaint, filed by Maulik Shah (ark, COURT STAFF) (Filed on 1/27/2023) (Entered: 01/27/2023) |
| 01/31/2023 | 2 | Amended Civil Cover Sheet by Maulik Shah . (Mitchell, Wendy) (Filed on 1/31/2023) (Entered: 01/31/2023) |
| 01/31/2023 | 3 | Case assigned to Magistrate Judge Laurel Beeler.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 2/14/2023. (mbc, COURT STAFF) (Filed on 1/31/2023) (Entered: 01/31/2023) |
| 02/02/2023 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 4/27/2023. Initial Case Management Conference set for 5/4/2023 at 11:00 AM in San Francisco, Courtroom B, 15th Floor. (jlg, COURT STAFF) (Filed on 2/2/2023) (Entered: 02/02/2023)** |

| 02/23/2023 | 5 | **ORDER TRANSFERRING CASE to the Southern District of Florida. MDL No. 2989. (jlg, COURT STAFF) (Filed on 2/23/2023) (Entered: 02/23/2023)** |
|---|---|---|
| 02/23/2023 |  | Transferring Case Electronically to the Southern District of Florida. (jlg, COURT STAFF) (Filed on 2/23/2023) (Entered: 02/23/2023) |